**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-6733**

———————

EARL VONNEY WADE,

Plaintiff - Appellant,

versus

RON ANGELONE, Director of DOC; DR. VERNON
SMITH, Health Services Director;* MR. BRAXTON,
Chief Warden; MS. RAY, Medical Administrator,
Sussex I State Prison; MS. SECRIST, Health
Nurse, Sussex I State Prison; RUFUS FLEMING,
Regional Director; CMS, which stands for
Correctional Medical Service; MS. CLOW, Nurse,
Sussex I State Prison; PRISON HEALTH SERVICES;
MS. BRIT; MS. TYLER; BASKERVILLE,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Henry Coke Morgan, Jr., District
Judge. (CA-01-174-2)

———————

Submitted: June 13, 2003       Decided: July 2, 2003

———————

Before WILKINSON and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

* Dr. Smith died during the pendency of this appeal.

Earl Vonney Wade, Appellant Pro Se.  Mark Ralph Davis, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia; Edward Joseph McNelis, III, Coreen Antoinette Bromfield, John David McChesney, RAWLS & MCNELIS, P.C., Richmond, Virginia; Lynne Jones Blain, HARMAN, CLAYTOR, CORRIGAN & WELLMAN, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Earl Vonney Wade appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court. See Wade v. Angelone, No. CA-01-174-2 (E.D. Va. Feb. 26, 2002; filed Sept. 27, 2002 & entered Sept. 30, 2002; Apr. 8, 2003).  We deny Wade's motions for injunctive relief and appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3